UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> AMANDA WILBUR, <br> a/k/a Amanda Shannon <br><br> Defendant. | CASE NO. 2:25-CR-18 <br><br> JUDGE Judge Morrison <br><br> INFORMATION <br><br> 42 U.S.C. § 1383a(a)(4) |

*FILED RICHARD W. NAGEL CLERK OF COURT FEB -5 2025 11:17 A U.S. DISTRICT COURT SOUTHERN DISTRICT OF OHIO-COLUMBUS*

THE UNITED STATES ATTORNEY CHARGES:

<u>COUNT 1</u>
(Conversion of Supplemental Security Income Benefits
by Representative Payee)

From in or about March 2018, and continuing through in or about April 2022, in the Southern District of Ohio, the defendant, **AMANDA WILBUR a/k/a AMANDA SHANNON**, having made application to receive any benefit under Title 42, Chapter 7, Subchapter XVI of the United States Code for the use and benefit of another and having received such benefit, knowingly and willfully converted such benefit and any part thereof to a use other than for the use and benefit of such other person.

In violation of 42 U.S.C. § 1383a(a)(4).

KENNETH L. PARKER
UNITED STATES ATTORNEY

*(signature)*

TIMOTHY LANDRY (MA669554)
**Special Assistant United States Attorney**